## Lighting Products, Inc., Appellant, v. George A. Fuller Company, Appellee.

Gen. No. 44,086.

opinion
filed June 16, 1947; rehearing denied June 30, 1947; released for publication June 30, 1947. Marvin Wallach, for appellant; R. Max Henderson, of counsel; Musgrave, Ewins, Price & Notz, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.